UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBINSON RANCHERIA,<br><br>      Plaintiff,<br><br>      v.<br><br>MCKESSON CORPORATION, et al.,<br><br>      Defendants. | Case No. 18-cv-02525-VC<br><br>**ORDER GRANTING MOTIONS TO STAY**<br><br>Re: Dkt. No. 15 |
| HOPLAND BAND OF POMO INDIANS,<br><br>      Plaintiff,<br><br>      v.<br><br>MCKESSON CORPORATION, et al.,<br><br>      Defendants. | Case No. 18-cv-02528-VC<br><br>Re: Dkt. No. 12 |
| SCOTTS VALLEY BAND OF POMO INDIANS,<br><br>      Plaintiff,<br><br>      v.<br><br>MCKESSON CORPORATION, et al.,<br><br>      Defendants. | Case No. 18-cv-02529-VC<br><br>Re: Dkt. No. 13 |
| ROUND VALLEY INDIAN TRIBES, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>MCKESSON CORPORATION, et al.,<br><br>      Defendants. | Case No. 18-cv-02530-VC<br><br>Re: Dkt. No. 22 |

| | |
|---|---|
| REDWOOD VALLEY OR LITTLE RIVER BAND OF POMO INDIANS OF THE REDWOOD VALLEY RANCHERIA,<br><br>   Plaintiff,<br><br>  v.<br><br>MCKESSON CORPORATION, et al.,<br>   Defendants. | Case No. 18-cv-02531-VC<br><br>Re: Dkt. No. 12 |
| GUIDIVILLE RANCHERIA OF CALIFORNIA,<br><br>   Plaintiff,<br><br>  v.<br><br>MCKESSON CORPORATION, et al.,<br>   Defendants. | Case No. 18-cv-02532-VC<br><br>Re: Dkt. No. 13 |
| COYOTE VALLEY BAND OF POMO INDIANS,<br><br>   Plaintiff,<br><br>  v.<br><br>MCKESSON CORPORATION, et al.,<br>   Defendants. | Case No. 18-cv-02533-VC<br><br>Re: Dkt. No. 12 |
| CONSOLIDATED TRIBAL HEALTH PROJECT, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>MCKESSON CORPORATION, et al.,<br>   Defendants. | Case No. 18-cv-02534-VC<br><br>Re: Dkt. No. 21 |
| CENTER POINT, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>MCKESSON CORPORATION, et al.,<br>   Defendants. | Case No. 18-cv-02535-VC<br><br>Re: Dkt. No. 26 |

| | |
|---|---|
| BIG VALLEY BAND OF POMO INDIANS OF THE BIG VALLEY RANCHERIA,<br><br>    Plaintiff,<br><br>    v.<br><br>MCKESSON CORPORATION, et al.,<br>    Defendants. | Case No. 18-cv-02536-VC<br><br>Re: Dkt. No. 21 |
| BIG SANDY RANCHERIA OF WESTERN MONO INDIANS,<br><br>    Plaintiff,<br><br>    v.<br><br>MCKESSON CORPORATION, et al.,<br>    Defendants. | Case No. 18-cv-02537-VC<br><br>Re: Dkt. No. 13 |

A stay of proceedings in these cases is warranted. *See*, *e.g.*, *Jones v. Bristol-Myers Squibb Co.*, No. C 13-2415 PJH, 2013 WL 3388659, at *1-2, *4 (N.D. Cal. July 8, 2013). The stay is likely to be of brief duration, as the Judicial Panel on Multidistrict Litigation is set to consider the plaintiffs' objections to transfer later this month and likely will issue a decision shortly thereafter. *See* Notice of Hearing Session, MDL No. 2804 (J.P.M.L. June 15, 2018), Dkt. No. 1825. Further, the MDL Court has undertaken to establish a separate track to address issues arising in cases brought by Tribes, which likely will include jurisdictional issues similar or identical to those raised in the pending motions to remand. *See* Shafroth Reply Decl. Ex. 4, No. 18-cv-2525-vc, Dkt. No. 20-5; Transfer Order, MDL No. 2804 (J.P.M.L. June 6, 2018), Dkt. No. 1750. The plaintiffs will no doubt endure some delay in adjudication of their remand motions if the case is transferred, but any hardship resulting from that delay is outweighed by the benefits of centralized consideration of the jurisdictional issues raised in these motions. *See* Order, *Lac Courte Oreilles Band of Lake Superior Chippewa Indians v. McKesson Corp., et al.*, No. 18-cv-286-jdp (W.D. Wisc. May 25, 2018), Dkt. No. 26. Proceedings in these cases are therefore stayed pending the JPML's decision regarding whether to transfer them to MDL No. 2084.

The motions to remand remain pending.

**IT IS SO ORDERED.**

Dated: July 16, 2018

VINCE CHHABRIA
United States District Judge